# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:07cv499

| | |
|---|---|
| TERRY GENE HEATH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MICHAEL ASTRUE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Plaintiff's motion to reconsider his application to proceed without the prepayment of fees.

The Court finds that the Plaintiff has not stated adequate grounds to modify the previous decision that he must pay the filing fee. Since the Plaintiff is appearing *pro se*, the Court will explain that the Court's November 28, 2007, Order stated the basis on which Plaintiff's original Motion was denied. Plaintiff's December 19, 2007, Motion asks for the Court to reconsider that Order, but does not in any way address the basis set out in that Order. The Court cannot entertain multiple motions on the same point. If it did, no motion would be disposed of with finality, and all

motions would be litigated and re-litigated. The failure of the Plaintiff's Motion for Reconsideration to even address the basis of the Order that Plaintiff desires the Court to reconsider requires that the Court deny such reconsideration.

In light of the fact, however, that this Motion has been pending for sixteen days during which the Plaintiff was to have paid the filing fee, the Court will provide an additional period within which to pay the fee, but no further extensions will be given.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion to reconsider is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Plaintiff shall pay the filing fee on or before January 11, 2008. Failure to pay the filing fee will result in the dismissal of this action without further order. No further extensions will be given.

Signed: January 4, 2008

Martin Reidinger
United States District Judge